ORDER:
The Clerk is directed to terminate this request as moot.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

No. 3:10-00304
v.
JUDGE CAMPBELL

GREGORY MITCHELL HILL
_____/

**REQUEST TO CONTINUE REPRESENTATION AS COURT-APPOINTED COUNSEL FOR DEFENDANT GREGORY HILL REGARDING A SUPERVISED RELEASE VIOLATION**

Comes now the undersigned Larry Arnkoff and respectfully asks this Court to reappoint the undersigned as CJA counsel for Mr. Hill and in support would show as follows:

1. The undersigned represented Mr. Hill previously in the above-styled counterfeiting case. As part of his sentence, Mr. Hill was placed on supervised release subsequent to serving a term of imprisonment. He has been on supervised release for approximately 8 months,

2. Within the last few weeks Mr. Hill has been arrested on state charges in Davidson County and he is in custody there. He is facing DUI, resisting arrest without violence, reckless endangerment and fleeing and eluding charges. Mr. Hill is presently represented by the Davidson County Public Defender's office.

3. The undersigned has spoken with USPO Kara Sanders and AUSA Katherine Ward and they have both advised counsel that a supervised release violation has either already been filed or will be filed in the very near future.